1

2

3                              **UNITED STATES DISTRICT COURT**

4                                    **DISTRICT OF NEVADA**

5                                            * * *

6    Takwan Unique Douglas,                        Case No. 2:24-cv-02061-JAD-DJA

7                           Plaintiff,
                                                            **Order**
8         v.

9    Paloma M. Guerrero,

10                         Defendant.

11

12        This matter is before the Court on Plaintiff's filing of documents with the Court. Since

13   Plaintiff has filed these documents, Plaintiff has failed to pay the filing fee or submit an

14   application/motion to proceed *in forma pauperis* (which means proceeding without paying the

15   filing fee). Although Plaintiff initiated this action by filing a complaint, Plaintiff must apply to

16   proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full

17   $405 filing fee.

18        However, it appears that Plaintiff may have filed these documents in the wrong place.

19   Plaintiff's documents appear to be a complaint to the State Bar of Nevada. This Court is not the

20   State Bar of Nevada and cannot process State Bar complaints.

21        Because Plaintiff appears to have accidentally sent these documents to the wrong place,

22   the Court will give Plaintiff an opportunity to file a notice of voluntary dismissal on or before

23   **December 6, 2024.** Alternatively, if Plaintiff intends to pursue this case in this Court, Plaintiff

24   must submit the following on or before **December 6, 2024:** (1) the full $405 filing fee or a

25   complete application to proceed *in forma* pauperis; and (2) a renewed complaint.

26

27

28   ///

1      **IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send

2   Plaintiff the approved short form application to proceed *in forma pauperis* for an inmate as well

3   as its instructions.

4      **IT IS FURTHER ORDERED** that on or before **December 6, 2024,** Plaintiff will either:

5      (1) File a notice of voluntary dismissal;

6      OR

7      (2) Pay the full $405 filing fee or file an application to proceed *in forma pauperis* <u>and</u> file

8          a renewed complaint.

9      **IT IS FURTHER ORDERED** that, if Plaintiff does not complete one of the above

10   options on or before **December 6, 2024,** the Court will recommend dismissal of this action.

11

12      DATED: November 6, 2024

13      _____

14      DANIEL J. ALBREGTS
        UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28