UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Takwan Unique Douglas,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Paloma M. Guerrero,<br><br>　　　　　　　　Defendant. | Case No. 2:24-cv-02061-JAD-DJA<br><br>**Report and Recommendation** |

　　　　On November 6, 2024, the Court noted that Plaintiff had filed documents with the Court but had failed to pay the filing fee or submit an application to proceed without paying the filing fee. (ECF No. 3). The Court also noted that Plaintiff appeared to have filed his documents in the wrong place. (*Id.*). The Court thus gave Plaintiff until December 6, 2024, to file a notice of voluntary dismissal or to pay the filing fee or apply to proceed without paying the filing fee. (*Id.*). The Court informed Plaintiff that if Plaintiff did not file a notice, pay the filing fee, or apply to proceed without paying the filing fee on or before December 6, 2024, the Court would recommend dismissal of the action. (*Id.*). Plaintiff has missed this deadline and, to date, Plaintiff has not filed anything further on the docket. Accordingly, the Court recommends dismissal of this case without prejudice. A dismissal without prejudice allows Plaintiff to refile a case with the Court, under a new case number.

　　　　Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

**NOTICE**

　　　　Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The

1  Supreme Court has held that the courts of appeal may determine that an appeal has been waived
2  due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142
3  (1985), *reh'g denied*, 474 U.S. 1111 (1986).  The Ninth Circuit has also held that (1) failure to
4  file objections within the specified time and (2) failure to properly address and brief the
5  objectionable issues waives the right to appeal the District Court's order and/or appeal factual
6  issues from the order of the District Court.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991);
7  *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

9      DATED: January 27, 2025

                                          DANIEL J. ALBREGTS
                                          UNITED STATES MAGISTRATE JUDGE