**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Takwan Unique Douglas,<br><br>        Plaintiff,<br><br>v.<br><br>Paloma M. Guerrero,<br><br>        Defendant. | Case No. 2:24-cv-02061-JAD-DJA<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>ECF No. 4 |

**On 1/27/25 the magistrate judge entered this report and recommendation:**

On November 6, 2024, the Court noted that Plaintiff had filed documents with the Court but had failed to pay the filing fee or submit an application to proceed without paying the filing fee. (ECF No. 3). The Court also noted that Plaintiff appeared to have filed his documents in the wrong place. (*Id.*). The Court thus gave Plaintiff until December 6, 2024, to file a notice of voluntary dismissal or to pay the filing fee or apply to proceed without paying the filing fee. (*Id.*). The Court informed Plaintiff that if Plaintiff did not file a notice, pay the filing fee, or apply to proceed without paying the filing fee on or before December 6, 2024, the Court would recommend dismissal of the action. (*Id.*). Plaintiff has missed this deadline and, to date, Plaintiff has not filed anything further on the docket. Accordingly, the Court recommends dismissal of this case without prejudice. A dismissal without prejudice allows Plaintiff to refile a case with the Court, under a new case number. Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The

Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: January 27, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## ORDER

The deadline for any party to object to this recommendation was February 10, 2025, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the report and recommendation, I find good cause to adopt it, and I do. IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 4] is ADOPTED** in its entirety. **This case is DISMISSED. The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 13, 2025